UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :
                                   :       23 CR 522  (VB)
FNU LNU a/k/a Orlando Colon        :
a/k/a Hector Jaramillo             :
                    Defendant.     :
------------------------------------------------------x

10/17/23

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation

dated October 11, 2023,  is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: October 17, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge